| DISTRICT COURT, ADAMS COUNTY, COLORADO<br>Court Address:<br>1100 Judicial Center Drive, Brighton, CO, 80601 | |
|---|---|
| **Plaintiff(s)** RAMON SOTELO et al.<br><br>v.<br><br>**Defendant(s)** AM FAMILY INS | DATE FILED: December 19, 2012 |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2012CV1341 |
| | Division: W          Courtroom: |
| **ORDER GRANTING 1 WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

GRANTED.


Issue Date: 12/19/2012

*Robert W. Kiesnowski Jr.*

ROBERT WALTER KIESNOWSKI JR.
District Court Judge

EXHIBIT
G
Blumberg No. 5119