| DISTRICT COURT, ADAMS COUNTY, COLORADO<br>Court Address:<br>1100 Judicial Center Drive, Brighton, CO, 80601 | |
|---|---|
| Plaintiff(s) RAMON SOTELO et al.<br>v.<br>Defendant(s) AM FAMILY INS | DATE FILED: December 19, 2012 |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2012CV1341<br>Division: W     Courtroom: |
| ORDER GRANTING 1 WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT | |

GRANTED.

Issue Date: 12/19/2012

*Robert W. Kiesnowski Jr.*

ROBERT WALTER KIESNOWSKI JR.
District Court Judge

EXHIBIT G