IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03326-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   March 4, 2013 | Courtroom Deputy: Sabrina Grimm |

*Parties:*                                                          *Counsel:*

RAMON SOTELO,                                           Todd Frank Bovo
EVELYN SOTELO, and
MARICRUZ SOTELO

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL           Adam Burnell Kehrli
INSURANCE COMPANY,

     Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**

**10:32 a.m.**     **Court in session.**

Court's preliminary remarks.

Discussion regarding Complaint [3] and Defendant's Motion to Dismiss [7].

**ORDERED**: **Plaintiffs' oral Unopposed Motion for Leave to Amend Complaint, is GRANTED.  An amended complaint shall be filed within 10 calendar days.**

**ORDERED:** **Defendant's Motion to Dismiss for Failure to State a Claim [7], is DENIED without prejudice.**

Parties have held a Rule 26(f) meeting. Rule 26(a) disclosures shall be submitted on or before **March 7, 2013.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:     **60 days after the Answer**

Discovery Cut-off:     **October 3, 2013**

Dispositive Motions deadline:     **November 3, 2013**

Parties shall designate affirmative experts **on or before July 15, 2013.**

Parties shall designate rebuttal experts **on or before September 1, 2013.**

Each side may take six (6) fact depositions and may depose any expert designated by an opposing party.  Upon a showing of good cause, the court may grant leave to take additional depositions.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**A SETTLEMENT CONFERENCE** was not set.

**FINAL  PRETRIAL CONFERENCE**  is set for February 6, 2014 at 9:15 a.m.
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a five (5) day jury trial.

- Scheduling Order is signed and entered with interlineations.

**11:32 a.m.     Court in recess.**
Hearing concluded.
Total time in court:     01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.