IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03326-CMA-CBS

RAMON SOTELO,
EVELYN SOTELO,
MARICRUZ SOTELO,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 29), signed by the attorneys for the parties hereto, it is

ORDERED that all claims brought and all claims arising out of this matter which could have been brought by Plaintiffs against Defendant are DISMISSED WITH PREJUDICE, each party to pay his, her, or its own attorney fees and costs.

DATED: July __10__, 2013

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Court Judge